The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BE LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WATCHGUARD TECHNOLOGIES, INC, <br><br> Defendant. | CASE NO. 2:20-cv-00371-BJR <br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

## STIPULATION

The parties through their respective counsel, in their efforts of working towards possible early resolution of this case, hereby stipulate that the time for Defendant to answer, move or otherwise respond to Plaintiff's Complaint shall be extended by 30 days until, and inclusive of, July 24, 2020.

DATED this 24th day of June, 2020.

SUMMIT LAW GROUP PLLC

By *s/ Lawrence C. Locker*
 Lawrence C. Locker, WSBA #15819
 315 Fifth Avenue S., Suite 1000
 Seattle, WA  98104-2682
 (206) 676-7000
 *larryl@summitlaw.com*

MANN LAW GROUP PLLC

By *s/ Philip P. Mann*
 Philip P. Mann, WSBA #28860
 1420 Fifth Avenue, Suite 2200
 Seattle, WA 98101
 (206) 436-0900
 *phil@mannlawgroup.com*

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT - 1
CASE NO. 2:17-cv-01823-BJR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000

| | |
|---|---|
| BLANK ROME LLP<br><br>By *s/ Russell T. Wong*<br>　　Russell T. Wong (*pro hac vice*)<br>　　Domingo M. LLagostera (*pro hac vice*)<br>　　717 Texas Avenue, Suite 1400<br>　　Houston, TX  77002-2727<br>　　(713) 228 6601<br>　　*rwong@blankrome.com*<br>　　*dllagostera@blankrome.com* | RABICOFF LAW LLC<br><br>By *s/ Isaac Rabicoff*<br>　　Isaac Rabicoff (*pro hac vice forthcoming*)<br>　　73 W. Monroe Street<br>　　Chicago, IL  60603<br>　　(903) 212-3130<br>　　*isaac@rabilaw.com*<br><br>***Attorneys for Plaintiff BE Labs, Inc.*** |

MORGAN, LEWIS & BOCKIUS LLP

By *s/ Eric S. Namrow*
　　Eric S. Namrow (*pro hac vice pending*)
　　Hersh Mehta (*pro hac vice forthcoming*)
　　1111 Pennsylvania Avenue NW
　　Washington, DC  20004-2541
　　(202) 739-3000
　　*eric.namrow@morganlewis.com*
　　*hersh.mehta@morganlewis.com*

***Attorneys for Defendant WatchGuard Technologies, Inc.***

## ORDER

Pursuant to the foregoing Stipulation, the time for Defendant to answer, move or otherwise respond to Plaintiff's Complaint is extended until, and inclusive of, July 24, 2020.

IT IS SO ORDERED.

DATED this 25th day of June, 2020.

*[signature: Barbara J. Rothstein]*

THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT COURT