The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BE LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WATCHGUARD TECHNOLOGIES, INC, <br><br> Defendant. | CASE NO. 2:20-cv-00371-BJR <br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

**STIPULATION**

The parties through their respective counsel, in their efforts of working towards possible early resolution of this case, hereby stipulate that the time for Defendant to answer, move or otherwise respond to Plaintiff's Complaint shall be extended by 30 days until, and inclusive of, August 24, 2020.

DATED this 24th day of July, 2020.

| | |
|---|---|
| SUMMIT LAW GROUP PLLC | MANN LAW GROUP PLLC |
| By s/ Lawrence C. Locker <br> Lawrence C. Locker, WSBA #15819 <br> 315 Fifth Avenue S., Suite 1000 <br> Seattle, WA  98104-2682 <br> (206) 676-7000 <br> larryl@summitlaw.com | By s/ Philip P. Mann <br> Philip P. Mann, WSBA #28860 <br> 1420 Fifth Avenue, Suite 2200 <br> Seattle, WA 98101 <br> (206) 436-0900 <br> phil@mannlawgroup.com |
| **Attorneys for Defendant WatchGuard Technologies, Inc.** | **Attorneys for Plaintiff BE Labs, Inc.** |

STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT - 1 CASE NO. 2:17-cv-01823-BJR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000

**ORDER**

Pursuant to the foregoing Stipulation, the time for Defendant to answer, move or otherwise respond to Plaintiff's Complaint is extended until, and inclusive of, August 24, 2020.

IT IS SO ORDERED.

DATED this 27th day of July, 2020.



THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT COURT