The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BE LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WATCHGUARD TECHNOLOGIES, INC, <br><br> Defendant. | CASE NO. 2:20-cv-00371-BJR <br><br> ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

THIS MATTER having come before the Court on the parties' Joint Stipulation of Dismissal With Prejudice and the Court having reviewed the pleadings and evidence presented and on file in this case, and the Court being fully advised as to the issues presented, the Court hereby

ORDERS, ADJUDGES AND DECREES that parties' Joint Stipulation of Dismissal With Prejudice is hereby GRANTED.

IT IS SO ORDERED.

DATED this 5th day of March, 2021.

s/Barbara J. Rothstein
THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT COURT

ORDER GRANTING JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE - 1
CASE NO. 2:20-cv-0371-BJR